Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
John Kash

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. 2:13-cr-00330-KJM |
| ) | |
| Plaintiff,           ) | STIPULATION AND ORDER FOR TRANSCRIPT OF IN CAMERA PROCEEDINGS |
| ) | |
| vs.           ) | |
| ) | |
| JOHN KASH,           ) | |
| ) | |
| Defendant           ) | |

      On June 17, 2015, the court held a status of counsel hearing. The hearing was conducted in camera.

      Defense counsel requests that the court order the above in camera proceedings be transcribed and provided to defense counsel, who is investigating possible appellate issues. In the event defense counsel references, in a brief filed with the U.S. Court of Appeal, any part of the June 17, 2015 in camera proceedings, the parties agree and stipulate that without the need for additional court order, and at the direction of the government, the court reporter can then provide the transcript to the Assistant United States Attorney.

DATED: June 21, 2016                            /s/ Timothy  E. Warriner, Attorney for
                                                          Defendant, John Kash

DATED: June 21, 2016                            /s/ Justin Lee, Assistant U.S. Attorney

1
2       IT IS SO ORDERED
3
   DATED: June 23, 2016
4
5
                                    _____
6                                   UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26