Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
John Kash

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>        vs.<br><br>JOHN KASH,<br><br>                 Defendant | No. 2:13-cr-00330-KJM<br><br>ORDER TERMINATING SUPERVISED RELEASE |

At the time of imposition of judgment and sentence the Court ordered that Mr. Kash shall be subject to a period of supervised release for 60-months following his release from imprisonment. Mr. Kash's supervision by the United States Probation Officer began on May 24, 2019. Since the commencement of Mr. Kash's term of supervised release he has not violated the terms of his release and has complied with the directives of his probation officer.

GOOD CAUSE APPEARING, and in light of Mr. Kash's compliance with the terms of supervised release ordered by the court, the 60-month term of supervised release previously ordered is hereby terminated forthwith.

DATED:  May 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1